**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00987-CV

**PANTHER COMPLETION SERVICES, LLC AND JEREMY WILLIAMSON, Appellants**

**V.**

**WILLIAM BRADLEY LENTZ AND BEVERLY LENTZ, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14203**

## ORDER

At issue in this appeal is whether the trial court erred in dismissing, on appellees' motion, the underlying suit without ruling on appellants' motion to transfer venue. Appellants' brief has been filed. Appellees' brief was due June 25, 2018 and has not yet been filed.

By letter dated June 14, 2018, appellees informed the Court they have agreed to a transfer of venue and argue the appeal should be dismissed as moot. Appellants have responded, agreeing appellees have "made an offer to transfer venue" but stating "no . . . enforceable Rule 11 agreement" has been signed. Appellants seek a sixty-day abatement on all current deadlines to allow the parties an opportunity to settle the matter.

We **GRANT** appellants' request to the extent we **ORDER** either a motion to dismiss or appellees' brief be filed no later than August 28, 2018.

/s/    DAVID EVANS
        JUSTICE